UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Re:

JEFFREY CHARLES BLOOM
VICTORIA ANN BLOOM

                Debtors.

_____

**NOTICE OF APPEARANCE**

Case No.: 09-22168-ASH
(Chapter 7)

Assigned to:
Hon. ADLAI S. HARDIN, JR.
Bankruptcy Judge

      PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of GMAC MORTGAGE, LLC, Secured Creditor, in the within proceeding.

      Please send copies of all Notices and of all papers filed in the case to the undersigned.  Further, please add our firm to the mailing matrix.

DATED:    February 19, 2009
             Buffalo, New York

                                      Yours, etc.
                                      STEVEN J. BAUM, P.C.
                                      Attorneys for Secured Creditor
                                      GMAC MORTGAGE, LLC
                                          /s/ Nicole C. Gazzo
                               By:   _____
                                        Nicole C. Gazzo, Esq.
                                        Office and Post Address:
                                        220 Northpointe Parkway, Suite G
                                        Amherst, NY 14228
                                        Telephone 716-204-2400

TO:
   CLERK, UNITED STATES BANKRUPTCY COURT
   SOUTHERN DISTRICT OF NEW YORK
   300 Quarropas Street
   White Plains, NY 10601

   MICHAEL H SCHWARTZ, ESQ    Attorney for Debtors
   One Walter Street
   White Plains, NY10601

   JEFFREY L. SAPIR, ESQ.        Chapter 7 Trustee
   399 Knollwood Road
   Suite 102
   White Plains, NY 10603